IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER BYNUM**                                                                                               **PLAINTIFF**

**v.**                     **CASE NO. 4:19-CV-00131 BSM**

**CENTRAL TERMITE & PEST NWA, LLC and**
**CENTRAL ACQUISITIONS, LLC**                                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of January 2020.

                                                                                              _____
                                                                                           UNITED STATES DISTRICT JUDGE